UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | 3:18-cr-00011-HDM-WGC | |
| ) | | |
| vs. ) | | |
| ) | MINUTES OF COURT | |
| RYAN KING, ) | | |
| ) | | |
| Defendant. ) | August 21, 2018 | |

**PROCEEDINGS:** EVIDENTIARY HEARING RE: DEFENDANT'S MOTION TO SUPPRESS (ECF No. 20)

**PRESENT:**
<u>THE HONORABLE HOWARD D. McKIBBEN, SENIOR U.S. DISTRICT JUDGE</u>

**Deputy Clerk:** <u> Paris Rich </u>   **Court Recorder:** <u>Wayne Julian</u>

**Counsel for Plaintiff:** <u>Megan Rachow, AUSA</u>

**Counsel for Defendant:** <u>Lauren Gorman, AFPD and Chris Frey, AFPD</u>

At 11:36 a.m., the Court convenes.

The Defendant (In Custody without restraints) is present with counsel.

The Government is present.

The parties stipulate to the rule of exclusion.

THOMAS LOPEY, Regional Gang Unit Officer, Reno Police Department, called on behalf of the Government, is sworn, examined on direct by Ms. Rachow, cross-examined by Mr. Frey, and released subject to recall.

**IT IS ORDERED, the Government's Exhibits 1, 2, and 3 are received into evidence.**

At 12:21 p.m., the Court stands at recess.

At 1:16 p.m., the Court reconvenes.

THOMAS LOPEY, resumes the witness stand, is further cross-examined by Mr. Frey, examined on redirect by Ms. Rachow, recross-examined by Mr. Frey, and excused.

JORGE APARICIO, Regional Gang Unit Officer, Reno Police Department, called on behalf of the Government, is sworn, examined on direct by Ms. Rachow, cross-examined by Ms. Gorman, and excused.

The Government rests.

The Defense rests.

Ms. Gorman presents argument.  Ms. Rachow presents argument. Ms. Gorman presents brief rebuttal.

At 2:27 p.m., the Court recites findings and conclusions.

**IT IS ORDERED, the Defendant's Motion to Suppress (ECF No. 20) is DENIED.  IT IS SO ORDERED.**

The Court confirms the Jury Trial in this matter remains set for Tuesday, October 2, 2018 at 9:00 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben.

Ms. Gorman states the parties will perhaps be able to reach a negotiated resolution without proceeding to trial.

In closing, the Court compliments counsel on the briefs filed in this matter.

The Defendant is remanded to custody.

At 2:38 p.m., the Court adjourns.

DEBRA K. KEMPI, CLERK

By: /s/ Paris Rich
     Deputy Clerk