UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00011-HDM-WGC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RYAN KING, | |
| Defendant. | |

On August 15, 2019, the court appointed the Office of the Federal Public Defender for the District of Nevada to represent defendant for the limited purpose of determining whether there is a basis for the defendant to seek relief under *Rehaif v. United States*, - U.S. -, 139 S. Ct. 2191 (June 21, 2019). IT IS THEREFORE ORDERED that on or before January 21, 2020, counsel for defendant shall advise the court of the status of this case.

IT IS SO ORDERED.

DATED: This 20th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE